IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01855-WDM-BNB

CYNTHIA I. CLEVELAND,

Plaintiff,

v.

AMPCO SYSTEM PARKING, INC.,

Defendant.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall submit a revised proposed scheduling order, modified as discussed on the record today, on or before **January 8, 2007**.

Dated January 4, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge