IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01855-WDM-BNB

CYNTHIA I. CLEVELAND,

Plaintiff,

v.

AMPCO SYSTEM PARKING, INC.,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order Regarding Discovery Cut-Off** [docket no. 23, filed May 11, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **June 8, 2007**.

DATED:  May 14, 2007