IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01855-WDM-BNB

CYNTHIA I. CLEVELAND,

Plaintiff,

v.

AMPCO SYSTEM PARKING, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   This matter is before the Court on the **Second Unopposed Motion to Amend Scheduling Order Regarding Discovery Cut-Off** [docket no. 29, filed June 4, 2007] (the "Motion").

   IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including June 13, 2007.

DATED:  June 5, 2007