IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01855-WDM-BNB

CYNTHIA I. CLEVELAND,

Plaintiff,

v.

AMPCO SYSTEM PARKING, INC.,

Defendant.
_____

**ORDER**
_____

The defendant submitted a trial exhibit list on December 21, 2007 [Doc. # 56]. The exhibit list is deficient in two ways. First, I require that each page of each exhibit be Bates numbered and the numbers must be included on the exhibit list for use in confirming that exhibits offered at trial were exchanged in their entirety. Second, the Pretrial and Trial Procedures for matters before Judge Walker D. Miller require at Part 2.3.2 that the parties submit a "joint exhibit list of all exhibits offered by all parties in the form provided in § 4, indicating exhibits stipulated admissible. The exhibits shall be sequentially numbered."

IT IS ORDERED that the defendants trial exhibit list is REFUSED for failure to comply as indicated above.

IT IS FURTHER ORDERED that the parties shall submit, on or before **January 8, 2008**, a joint exhibit list which complies with the requirements of Part 2.3.2.

Dated December 27, 2007.

                                              BY THE COURT:

                                              _s/ Boyd N. Boland_
                                              United States Magistrate Judge