**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks  Date: May 7, 2008
Court Reporter: Janet Coppock  Time: 12 minutes

---

**CASE NO. 06-cv-01855-WDM-BNB**

| Parties | Counsel |
|---|---|
| **CYNTHIA I. CLEVELAND,** | Pro Se |
| Plaintiff (s), | |
| vs. | |
| **AMPCO SYSTEM PARKING, INC.,** | Barbara Stauch |
| Defendant (s). | |

---

**TRIAL PREPARATION CONFERENCE**

---

**9:02 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL for the defendant. Plaintiff Cynthia Cleveland is not present.

Ms. Stauch advises that although Magistrate Judge Boland allowed plaintiff's counsel to withdraw, Ms. Cleveland was aware of these proceedings.

Record should reflect that attempts were made to contact Ms. Cleveland regarding this hearing.

**ORDERED:** Hearing continued to **10:30 a.m.** this morning.

**9:04 a.m.** **COURT IN RECESS**

**10:50 a.m.** **COURT IN SESSION**

Ms. Stauch advises that she has been unable to contact the plaintiff.

Counsel advised that this case is second set to begin trial on June 2, 2008 and the first set case has indicated it will be proceeding.

**ORDERED:** Order to Show Cause shall issue.

**ORDERED:** Plaintiff's objections (Doc Nos. #66 and #88) are **OVERRULED.**

**ORDERED:** Defendant's Motion in Limine No. 2 (Doc #80), filed 4/28/08 is **GRANTED.**

**ORDERED:** Defendant's Motion in Limine No. 1 (Doc #79), filed 4/26/08 is **GRANTED WITHOUT PREJUDICE** to evidence as to the condition of the steps at the time of the accident and immediately succeeding the accident.

**11:00 a.m.** **COURT IN RECESS**

**Total in court time:** **12 minutes**

**Hearing concluded**