IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01855-WDM-BNB

CYNTHIA I. CLEVELAND,

    Plaintiff,

v.

AMPCO SYSTEM PARKING, INC.,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion to continue trial date is granted in that the trial date is vacated; otherwise it is denied.

    The parties shall contact chambers within 5 days to reschedule the trial.

Dated: May 29, 2008

                                                      s/ Jane Trexler, Judicial Assistant