IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01855-WDM-BNB

CYNTHIA I. CLEVELAND,

Plaintiff,

v.

AMPCO SYSTEM PARKING, INC.,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Emergency Unopposed Motion to Vacate Settlement Conference** [docket no. 103, filed ] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED, and the Settlement Conference set for December 12, 2008, is **VACATED**.

  IT IS FURTHER ORDERED that the parties are to submit a Status Report on or before **December 18, 2008**, updating the Court on the outcome of the meeting with Judicial Arbiter Group.

DATED: December 4, 2008